**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**NORTHERN DIVISION**

| | |
|---|---|
| KOURTNEY CARPENTER and REBECCA ROBERTS, | ) ) ) |
| Plaintiff(s), | ) ) |
| v. | ) )  Case No. 2:24-CV-00092-NCC |
| CO LO of MO, LLC, | ) ) ) |
| Defendant(s). | ) |

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice (Doc. 26). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal of this action with prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that this matter is **DISMISSED with prejudice**.

Dated this 12th day of August, 2025.

_____
NOELLE C. COLLINS
UNITED STATES MAGISTRATE JUDGE